**UNITED STATES of America, Plaintiff–Appellee**

v.

**Marlon Arturo DUBON–VALENZUELA, Defendant–Appellant.**

**No. 08–40601**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

July 2, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

---

Before DAVIS, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Marlon Arturo Dubon–Valenzuela has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Dubon–Valenzuela has filed a response. Our independent review of the record, counsel's brief, and Dubon–Valenzuela's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.